■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS PAIGE, Appellant. [663 NYS2d 1021] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contention that his conviction of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]) is not supported by legally sufficient evidence (*see, People v Gray,* 86 NY2d 10, 19; *People v Hryckewicz,* 221 AD2d 990, *lv denied* 88 NY2d 849), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]).

Upon our review of the record, we conclude that the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). Finally, the contention of defendant that he was deprived of a fair trial by prosecutorial misconduct is without merit. The single statement in the prosecutor's summation to which defendant objects did not deprive defendant of a fair trial (*see, People v Bogue,* 234 AD2d 946; *People v Scott,* 181 AD2d 995, *lv denied* 80 NY2d 837). (Appeal from Judg-

ment of Onondaga County Court, Burke, J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Pine, Doerr, Balio and Boehm, JJ.